IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 4:11-2117-005-RBH |
| | ) | |
| -vs- | ) | |
| | ) | MOTION FOR REDUCTION OF SENTENCE |
| KIMBERLY ROSARIO | ) | (U.S.S.G. AMENDMENT 782) |

The defendant, Kimberly Rosario, through counsel, moves the court to reduce her sentence pursuant to 18 U.S.C. §3582(c)(2) and retroactive United States Sentencing Commission Guideline Amendment 782, effective November 1, 2014.

The defendant pled guilty to Conspiracy to posses with intent to distribute 1 Kilogram or more of heroin on February 27, 2012. Under Amendment 782, the base offense level for this offense from the applicable drug table has been reduced two levels. The defendant can now be considered for a reduction of the guideline range based on drug tables set out in Amendment 782.

The defendant's original range was based on a mandatory minimum sentence of 120 months, and the guideline range was 87 to 108 months; a sentence of 72 months was ultimately imposed. The new guideline range based on Amendment 782 is 51 to 63 months, as verified by a sentence reduction report from the United States probation office. To the extent the court would wish to consider a comparable reduction in the new guideline range commensurate with the original sentence, the defendant would ask for an amended sentence of 51 months. Should the resulting sentence be less than time already served, the new sentence should be for time served.

This motion is being filed with the consent of the Government.

Respectfully submitted,

/s/Michael A. Meetze
Assistant Federal Public Defender
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone:843-662-1510-
E-Mail: mike_meetze@fd.org
Attorney ID #6662

Florence, South Carolina

March 24, 2015

I SO CONSENT:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: /s/A. Bradley Parham
     Assistant United States Attorney