PROBATION FORM NO. 35
(DSC 8/17)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## United States District Court

FOR THE

District of South Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Kimberly Rosario | ) | Crim. No. 4:11CR02117-RBH (5) |

On June 13, 2012, the above-named individual was sentenced to a five (5) year term of supervised release. The term of supervision commenced on December 11, 2015. Since that time, she has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Krista M. Robertson
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this _15_ day of _Nov_, 20_18_.

The Honorable R. Bryan Harwell
United States District Judge